**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY THOME, Individually, and on Behalf of All Others Similarly Situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **Case No. 1:19-cv-06256** |
| **v.** | ) ) | |
| **NOVATIME TECHNOLOGY, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMIT IN HIS UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, by and through his counsel, hereby respectfully moves this Honorable Court, pursuant to Local Rule 7.1, to allow him to exceed this Court's limit of fifteen (15) double-spaced pages for his Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"). In support of this motion, Plaintiff states as follows:

1.      Plaintiff will file his Motion for Preliminary Approval on October 12, 2020, contemporaneously with the instant motion.

2.      Local Rule 7.1 provides that briefs in support of any motion shall not exceed fifteen (15) pages without court approval. *See* N.D. Ill. L.R. 7.1.

3.      Plaintiff's Motion for Preliminary Approval will address the relevant facts and issues in this case and the reasons why this Court should grant preliminary approval of the class action settlement.

4.      Plaintiff has diligently attempted to keep his Motion for Preliminary Approval

within fifteen (15) pages, but in light of the volume of issues to address in his Motion for Preliminary Approval, he could not reasonably comply with Local Rule 7.1. Thus, Plaintiff respectfully requests that he be permitted to exceed the page limit by twenty-two (22) pages to enable him to submit a thirty-seven (37) page Motion for Preliminary Approval.

5.      Defendant has confirmed in writing that it does not object to or oppose the relief sought in this motion.

**WHEREFORE**, Plaintiff respectfully requests this Court to grant this amended unopposed motion.

Dated: October 12, 2020

Respectfully submitted,

 */s/ Andrew C. Ficzko*

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

Brandon M. Wise
Peiffer Wolf Carr Kane & Conway, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
bwise@peifferwolf.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

2

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on October 12, 2020, I filed the attached with the Clerk

of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Andrew C. Ficzko*